

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-17-00774-CV

Judy **MILLSPAUGH**,
Appellant

v.

**BULVERDE SPRING BRANCH EMERGENCY SERVICES**,
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-21767
Honorable Karen H. Pozza, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the portion of the trial court's judgment dismissing the Title 42 U.S.C. section 1983 claim is REVERSED, and the case is REMANDED to the trial court for proceedings consistent with this opinion. It is ORDERED that Appellant Judy Millspaugh recover her costs on appeal from Appellee Bulverde Spring Branch Emergency Services.

SIGNED July 18, 2018.

_____
Karen Angelini, Justice